### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALEELAH EVERETT<br>2101 S. Simpson St.<br>Philadelphia, PA 19142<br><br>        Plaintiff,<br>  v.<br><br>CORRECT CHOICE HOME CARE, LLC<br>714 W. Porter St.<br>Philadelphia, PA 19148<br>    and<br>JOSHUA WALKER<br>c/o Correct Choice Home Care, LLC<br>714 W. Porter St.<br>Philadelphia, PA 19148<br>        Defendant. | CIVIL ACTION<br><br>DOCKET NO.:<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE <u>AND</u> CLASS ACTION<br>ON BEHALF OF PLAINTIFF AND ALL<br>SIMILARLY SITUATED PERSONS** |

### CIVIL ACTION COMPLAINT

Khaleelah Everett, hereinafter referred to as "Plaintiff," by and through her undersigned counsel, on behalf of herself and all employees/former employees who are similarly situated to her (as described *infra*) hereby bring this collective and class action against Defendants:

### INTRODUCTION

1. This action has been initiated by Plaintiff to redress violations by Correct Choice Home Care, LLC and Joshua Walker (hereinafter collectively referred to as "Defendants," unless indicated otherwise) of the Fair Labor Standards Act ("FLSA - 29 U.S.C. 201, *et. seq*.) and the Pennsylvania Minimum Wage Act ("PMWA" - 43 Pa. Stat. Ann. §§ 333.101-333.115). Plaintiff asserts that Defendants willfully failed to pay her overtime compensation along with all employees/former employees who are similarly situated to her.

**JURISDICTION AND VENUE**

2. This Court has original subject matter jurisdiction over the instant action pursuant to 28 U.S.C. §§1331 and 1343(a)(4) because it arises under the laws of the United States and seeks redress for violations of civil rights under the FLSA.

3. This Court may also assert supplemental jurisdiction over Plaintiff's state law claims as they arise out of the same nucleus of operative facts as her federal law claims.

4. This Court may properly maintain personal jurisdiction over Defendants because their contacts with this state and this judicial district are sufficient for the exercise of jurisdiction in order to comply with traditional notions of fair play and substantial justice, satisfying the standard set forth by the United States Supreme Court in <u>International Shoe Co. v. Washington</u>, 326 U.S. 310 (1945) and its progeny.

4. Pursuant to 28 U.S.C. §1391(b)(1) and (b)(2), venue is properly laid in this district because all of the acts and/or omissions giving rise to the claims set forth herein occurred in this judicial district.

**PARTIES**

5. The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

6. Plaintiffs are adult individuals, with addresses as set forth in the caption.

7. Correct Choice Home Care, LLC (hereinafter referred to as "Defendant Entity") is a home care agency located in Philadelphia, Pennsylvania.

8. Defendant Joshua Walker (hereinafter referred to as "Defendant Walker") is the owner of Defendant Entity who controls and manages the terms and conditions of employment

for employees (including Plaintiff), including but not limited to their base and overtime compensation.

9. At all times relevant herein, Defendants acted by and through its agents, servants and/or employees, each of whom acted at all times relevant herein in the course and scope of their employment with and for Defendants.

**FACTUAL BACKGROUND**

10. The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

11. Plaintiff was employed with Defendants as a Direct Care Worker ("DCW") from in or about September of 2021 through on or about September 23, 2022.

12. As a DCW, Plaintiff and similarly situated current and former employees would provide personal in-home care services to various clients of Defendants, which would include but was not limited to feeding, bathing, dressing, cooking, running errands, bed and bathroom transfers, and providing them assistance in all other aspects of their daily lives.[1]

13. Plaintiff and similarly situated current and former employees were at all times relevant herein unequivocally non-exempt employees who should have been paid overtime for all hours worked over 40 hours per week at a rate of time and one half

14. During Plaintiff's employment with Defendants, she was paid an hourly rate which ranged between approximately $12.00 and $13.00 per hour (with $13.00 per hour being her last hourly rate before her separation).

15. While employed with Defendants, Plaintiff and similarly situated current and former employees often worked over 40 hours per week.

---

[1] Plaintiff and similarly situated employees were controlled and managed by Defendants, not by the client. Plaintiff was subjected to the rules, policies, and procedures set forth by Defendants.

3

16. In or about late 2021, Plaintiff began to work over 40 hours per week and at times worked between 12-44 hours of overtime per week.

17. Despite consistently working over 40 hours per week, Plaintiff worked approximately three and a half months between in or about December of 2021 and April of 2022 and was not paid time and one half for any hours that she worked over 40 hours in one week.

18. Instead, during the aforesaid time period, Defendants only ever paid Plaintiff her regular hourly rate of $13.00 per hour for every hour that she worked. *See* Examples of Plaintiff's paystubs, attached hereto as "Exhibit A."

19. Only after Plaintiff complained on numerous occasions to Defendant Walker that she was not being properly paid overtime compensation did he begin to generally pay her time and one half for hours that she worked over 40 hours in one week.

20. However, Plaintiff is still owed the overtime compensation that Defendants failed to properly pay her during the aforesaid time period.

21. Upon information and belief, other current and former employees of Defendants, who were/are similarly situated to Plaintiff, worked and/or still work over 40 hours a week for Defendants but were/are not properly paid overtime compensation for said hours.

22. Defendants' actions have been willful and intentional, as they have perpetuated a payroll scheme to deprive Plaintiff and similarly situated current and former employees of substantial overtime compensation.

**First Cause of Action**
**Violations of the Fair Labor Standards Act ("FLSA")**
(Failure to Pay Overtime Compensation)
-Collective Action-
-Against Both Defendants-

23. The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

24. At all times relevant herein, Defendants have and continue to be employers within the meaning of the Fair Labor Standards Act, 29 U.S.C. §203 ("FLSA").

25. At all times relevant herein, Defendants were responsible for paying wages to Plaintiff and all other similarly situated current and former employees.

26. At all times relevant herein, Plaintiff, and others like her, were employed with Defendants as "employee[s]" within the meaning of the FLSA.

27. The FLSA requires covered employers, such as Defendants, to minimally compensate its "non-exempt" employees, such as Plaintiff and similarly situated current and former employees, 1.5 times the employees' regular rate of pay for each hour that the employee works over 40 in a workweek.

28. At all times during their employment with Defendants, Plaintiff and similarly situated current and former employees were "non-exempt" employees within the meaning of the FLSA

29. Defendants failed to pay Plaintiff and similarly situated current and former employees 1.5 times their regular rate of pay for every hour they worked over 40 each workweek.

30. As a result of Defendants' failure to pay Plaintiff and similarly situated current and former employees the overtime compensation due to them, Defendants violated the FLSA

5

and caused Plaintiff and others like her to suffer damages in the form of unpaid overtime compensation.

31. Defendant Walker is personally liable for such violations because he personally oversaw payroll, willfully committed wage and hour violations, and perpetuated the aforesaid unlawful practices.

32. Plaintiff and similarly situate current and former employee therefore seek all remedies permitted under the FLSA for unpaid wages, as well as penalties and interest.

### Second Cause of Action
### Violations of the Pennsylvania Minimum Wage Act
#### (Failure to Pay Overtime Compensation)
#### -Class Action-
#### -Against Both Defendants-

33. The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

34. Plaintiff re-asserts and re-alleges each and every allegation as set forth in Plaintiff's First Cause of Action.

35. These actions as aforesaid constitute violations of the Pennsylvania Minimum Wage Act.

**WHEREFORE**, Plaintiff prays that this Court enter an Order providing that:

A. Defendants are to compensate Plaintiff[s], reimburse Plaintiff[s], and make Plaintiff[s] whole for any and all pay and benefits Plaintiff[s] would have received had it not been for Defendant's illegal actions, including but not limited to back pay, overtime compensation, wages, benefits, and other damages permitted by law;

B.   Plaintiff[s] are to be awarded liquidated damages, as permitted by applicable law, in an amount believed by the Court or trier of fact to be appropriate to punish Defendants for their willful, deliberate, malicious and outrageous conduct;

C.   Plaintiff[s] are to be accorded other equitable and legal relief as the Court deems just, proper, and appropriate;

D.   Plaintiff[s] are to be awarded the costs and expenses of this action and reasonable attorney's fees as provided by applicable federal and state law.

E.   Plaintiff[s] shall be permitted to have a trial by jury as requested in the caption of this Complaint.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

By: _____
Ari R. Karpf, Esquire
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215) 639-0801

Dated: November 30, 2022

# Exhibit A

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KH / AOA 25109529 | 01/ | 2414677 | 1 of 1 |

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

## Earnings Statement



Period Starting: 12/18/2021
Period Ending: 12/31/2021
Pay Date: 01/07/2022

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
    Federal:   1              Federal:   0.00 Addnl
    State:     0              State:
    Local:     0              Local:
Social Security Number:   XXX-XX-XXXX

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 85.50 | 1068.75 | 1068.75 |
| **Gross Pay** | | | **$1,068.75** | **$1,068.75** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -80.42 | 80.42 |
| Social Security | -66.26 | 66.26 |
| Medicare | -15.50 | 15.50 |
| Pennsylvania State Income | -32.81 | 32.81 |
| Pennsylvania State UI | -0.64 | 0.64 |
| Phila R Local Income | -41.04 | 41.04 |
| **Net Pay** | | **$832.08** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 85.50 | 85.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3929 | XXXXXXXXX | 832.08 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,068.75

---

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

Pay Date:   01/07/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3929 | XXXXXXXXX | 832.08 |

THIS IS NOT A CHECK

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| KH / AOA 25109529 | 01/ | 2450134 | 1 of 1 | **Earnings Statement** |  |

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

Period Starting:  01/01/2022
Period Ending:   01/14/2022
Pay Date:        01/21/2022

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:   1              Federal:   0.00 Addnl
  State:     0              State:
  Local:     0              Local:
Social Security Number:    XXX-XX-XXXX

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 105.00 | 1365.00 | 2433.75 |
| **Gross Pay** | | | **$1,365.00** | **$2,433.75** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -115.97 | 196.39 |
| Social Security | -84.63 | 150.89 |
| Medicare | -19.79 | 35.29 |
| Pennsylvania State Income | -41.91 | 74.72 |
| Pennsylvania State UI | -0.82 | 1.46 |
| Phila R Local Income | -52.41 | 93.45 |
| **Net Pay** | **$1,049.47** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 105.00 | 190.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3929 | XXXXXXXXX | 1049.47 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $1,365.00

---

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

Pay Date:   01/21/2022

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3929 | XXXXXXXXX | 1049.47 |

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KH / AOA 25109529 | 01/ | 2492308 | 1 of 1 | |  |

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

Period Starting: 01/15/2022
Period Ending: 01/28/2022
Pay Date: 02/04/2022

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
    Federal:   1                Federal:   0.00 Addnl
    State:     0                State:
    Local:     0                Local:
Social Security Number:   XXX-XX-XXXX

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 112.75 | 1465.75 | 3899.50 |
| Gross Pay | | | $1,465.75 | $3,899.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -128.06 | 324.45 |
| Social Security | -90.88 | 241.77 |
| Medicare | -21.25 | 56.54 |
| Pennsylvania State Income | -45.00 | 119.72 |
| Pennsylvania State UI | -0.88 | 2.34 |
| Phila R Local Income | -56.28 | 149.73 |
| Net Pay | | $1,123.40 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 112.75 | 303.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3929 | XXXXXXXX | 1123.40 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,465.75

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

Pay Date: 02/04/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3929 | XXXXXXXX | 1123.40 |

THIS IS NOT A CHECK

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KH / AOA 25109529 | 01/ | 2530466 | 1 of 1 |

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

# Earnings Statement



Period Starting:   01/29/2022
Period Ending:    02/11/2022
Pay Date:         02/18/2022

Taxable Marital Status: Single
Exemptions/Allowances:           Tax Override:
  Federal:   1              Federal:  0.00 Addnl
  State:     0              State:
  Local:     0              Local:
Social Security Number:    XXX-XX-XXXX

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 120.00 | 1560.00 | 5459.50 |
| **Gross Pay** |  |  | **$1,560.00** | **$5,459.50** |

| Statutory Deductions |  | this period | year to date |
|---|---|---|---|
| Federal Income |  | -139.37 | 463.82 |
| Social Security |  | -96.72 | 338.49 |
| Medicare |  | -22.62 | 79.16 |
| Pennsylvania State Income |  | -47.89 | 167.61 |
| Pennsylvania State UI |  | -0.94 | 3.28 |
| Phila R Local Income |  | -59.90 | 209.63 |
| **Net Pay** |  | **$1,192.56** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 120.00 | 423.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3929 | XXXXXXXX | 1192.56 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $1,560.00

---

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

Pay Date:     02/18/2022

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3929 | XXXXXXXX | 1192.56 |

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KH / AOA 25109529 | 01/ | 2568227 | 1 of 1 | |  |

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

Period Starting:  02/12/2022
Period Ending:   02/25/2022
Pay Date:        03/04/2022

Taxable Marital Status:   Single
Exemptions/Allowances:       Tax Override:
    Federal:    1              Federal:   0.00 Addnl
    State:      0              State:
    Local:      0              Local:
Social Security Number:   XXX-XX-XXXX

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 168.00 | 2184.00 | 7643.50 |
| Gross Pay | | | $2,184.00 | $7,643.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -238.71 | 702.53 |
| Social Security | -135.41 | 473.90 |
| Medicare | -31.67 | 110.83 |
| Pennsylvania State Income | -67.05 | 234.66 |
| Pennsylvania State UI | -1.31 | 4.59 |
| Phila R Local Income | -83.86 | 293.49 |
| Net Pay | | $1,625.99 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 168.00 | 591.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3929 | XXXXXXXX | 1625.99 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $2,184.00

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

Pay Date:    03/04/2022

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3929 | XXXXXXXX | 1625.99 |

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KH / AOA 25109529 | 01/ | 2606658 | 1 of 1 |

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

# Earnings Statement



Period Starting: 02/26/2022
Period Ending: 03/11/2022
Pay Date: 03/18/2022

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
    Federal:  1           Federal: 0.00 Addnl
    State:    0           State:
    Local:    0           Local:
Social Security Number:   XXX-XX-XXXX

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 120.00 | 1560.00 | 9203.50 |
| **Gross Pay** | | | **$1,560.00** | **$9,203.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -139.37 | 841.90 |
| Social Security | -96.72 | 570.62 |
| Medicare | -22.62 | 133.45 |
| Pennsylvania State Income | -47.89 | 282.55 |
| Pennsylvania State UI | -0.93 | 5.52 |
| Phila R Local Income | -59.90 | 353.39 |
| **Net Pay** | **$1,192.57** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 120.00 | 711.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3929 | XXXXXXXX | 1192.57 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,560.00

---

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

Pay Date:    03/18/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3929 | XXXXXXXX | 1192.57 |

THIS IS NOT A CHECK

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KH / AOA 25109529 | 01/ | 2644663 | 1 of 1 |

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

# Earnings Statement



Period Starting:  03/12/2022
Period Ending:    03/25/2022
Pay Date:         04/01/2022

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
    Federal:    1            Federal:   0.00 Addnl
    State:      0            State:
    Local:      0            Local:
Social Security Number:   XXX-XX-XXXX

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 116.50 | 1514.50 | 10718.00 |
| **Gross Pay** | | | **$1,514.50** | **$10,718.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -133.91 | 975.81 |
| Social Security | -93.90 | 664.52 |
| Medicare | -21.96 | 155.41 |
| Pennsylvania State Income | -46.50 | 329.05 |
| Pennsylvania State UI | -0.91 | 6.43 |
| Phila R Local Income | -58.15 | 411.54 |
| **Net Pay** | | **$1,159.17** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 116.50 | 827.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3929 | XXXXXXXX | 1159.17 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,514.50

---

Correct Choice Home Care Llc
714 W Porter St
Philadelphia, PA 19148

Pay Date:   04/01/2022

**Deposited to the account** | account number | transit/ABA | amount
Checking DirectDeposit | XXXXXX3929 | XXXXXXXX | 1159.17

*THIS IS NOT A CHECK*

Khaleelah Everett
2101 S Simpson Street
Philadelphia, PA 19143

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Khaleelah Everett | : | CIVIL ACTION |
| v. | : | |
| Correct Choice Home Care, LLC, et al. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (X)

| 11/30/2022 | [signature] | Plaintiff |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 639-0801 | (215) 639-4970 | akarpf@karpf-law.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __2101 S. Simpson Street, Philadelphia, PA 19142__

Address of Defendant: __714 W. Porter Street, Philadelphia, PA 19148__

Place of Accident, Incident or Transaction: __Defendants place of business__

---

*RELATED CASE, IF ANY:*

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [X]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [ ]  No [X]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [X]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [X]

I certify that, to my knowledge, the within case [ ] is / [X] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __11/30/2022__ _____ __ARK2484 / 91538__
                              *Attorney-at-Law / Pro Se Plaintiff*                                    *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

A.  *Federal Question Cases:*
[ ] 1. Indemnity Contract, Marine Contract, and All Other Contracts
[ ] 2. FELA
[ ] 3. Jones Act-Personal Injury
[ ] 4. Antitrust
[ ] 5. Patent
[ ] 6. Labor-Management Relations
[X] 7. Civil Rights
[ ] 8. Habeas Corpus
[ ] 9. Securities Act(s) Cases
[ ] 10. Social Security Review Cases
[ ] 11. All other Federal Question Cases
   *(Please specify): _____*

B.  *Diversity Jurisdiction Cases:*
[ ] 1. Insurance Contract and Other Contracts
[ ] 2. Airplane Personal Injury
[ ] 3. Assault, Defamation
[ ] 4. Marine Personal Injury
[ ] 5. Motor Vehicle Personal Injury
[ ] 6. Other Personal Injury *(Please specify): _____*
[ ] 7. Products Liability
[ ] 8. Products Liability – Asbestos
[ ] 9. All other Diversity Cases
   *(Please specify): _____*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __Ari R. Karpf__, counsel of record *or* pro se plaintiff, do hereby certify:

[X] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: __11/30/2022__ _____ __ARK2484 / 91538__
                              *Attorney-at-Law / Pro Se Plaintiff*                                    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
EVERETT, KHALEELAH

## DEFENDANTS
CORRECT CHOICE HOME CARE, LLC, ET AL.

**(b)** County of Residence of First Listed Plaintiff: Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Karpf, Karpf & Cerutti, P.C.; 3331 Street Road, Two Greenwood Square, Suite 128, Bensalem, PA 19020; (215) 639-0801; akarpf@karpf-law.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
FLSA (29USC201)

Brief description of cause:
Violations of the FLSA and the PMWA.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 11/30/2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #       AMOUNT       APPLYING IFP       JUDGE       MAG. JUDGE

Print   Save As...   Reset