#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALEELAH EVERETT | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | DOCKET NO.: 22-4765 |
| | : | |
| v. | : | |
| | : | |
| CORRECT CHOICE HOME CARE, LLC | : | |
| and | : | |
| JOSHUA WALKER | : | |
| c/o Correct Choice Home Care, LLC | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff's Motion for Default Judgment against Correct Choice Home Care, LLC and Joshua Walker c/o Correct Choice Home Care, LLC ("Defendants") it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED.

JUDGMENT IS HEREBY ENTERED against Defendants.

An appropriate damages hearing is set for the _____ day of _____, 2023, to be held at _____.

BY THE COURT:

_____

The Honorable Joshua D. Wolson, District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALEELAH EVERETT | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | DOCKET NO.: 22-4765 |
| | : | |
| v. | : | |
| | : | |
| CORRECT CHOICE HOME CARE, LLC | : | |
| and | : | |
| JOSHUA WALKER | : | |
| c/o Correct Choice Home Care, LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff hereby respectfully moves this Court for an Order entering a default judgment against Defendants. The bases for the instant motion are set forth in the attached Declaration, Affidavits, and Memorandum of Law, which are fully incorporated herein by reference.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Andrew R. Olcese*
Andrew R. Olcese, Esq.
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
(215) 639-0801
*Attorneys for Plaintiff*

Date: March 1, 2023

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALEELAH EVERETT | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | DOCKET NO.: 22-4765 |
| v. | : | |
| | : | |
| CORRECT CHOICE HOME CARE, LLC | : | |
| and | : | |
| JOSHUA WALKER | : | |
| c/o Correct Choice Home Care, LLC | : | |
| | : | |
| Defendant. | : | |

### DECLARATION OF ANDREW R. OLCESE

I, Andrew R. Olcese, an attorney licensed to practice law before this Court provides this Declaration in support of Plaintiff's Request for Default against Defendants Correct Choice Home Care, LLC and Joshua Walker c/o Correct Choice Home Care, LLC.:

1.  I am an Associate with the law firm Karpf, Karpf & Cerutti, P.C. and the attorney for Plaintiff in this matter.

2.  On January 6, 2023, a copy of the Summons and the Complaint in the above-captioned matter was served via personal service on Defendants Correct Choice Home Care, LLC and Joshua Walker c/o Correct Choice Home Care, LLC at 714 W. Porter Street, Philadelphia, PA 19148. *See* proof of service attached hereto as Exhibit "A."

3.  Defendants Correct Choice Home Care, LLC and Joshua Walker c/o Correct Choice Home Care, LLC have not answered or otherwise appeared in the above-captioned action, nor has any representative contacted this office to request an extension of time to answer or otherwise appear.

4. Upon information and belief, Defendant Joshua Walker c/o Correct Choice Home Care, LLC., is not an infant or incompetent person.

5. On February 6, 2023, Plaintiff filed a request for Default against Defendants. ECF No. 7.

6. On February 7, 2023, entry of Default was entered by the Clerk. ECF No. 8.

7. On February 23, 2023, the Court's entry of Default was mailed to Defendants. *See* Letter to Defendants attached hereto as "Exhibit B."

8. As such, Plaintiff respectfully requests the Court enter a default judgment against Defendants for the reasons set forth above and in Plaintiff's Memorandum of Law.

        Respectfully submitted,

        **KARPF, KARPF & CERUTTI, P.C.**

        */s/ Andrew R. Olcese*
        Andrew R. Olcese, Esq.

Dated: March 1, 2023

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KHALEELAH EVERETT : | |
| : | CIVIL ACTION |
| Plaintiff, : | DOCKET NO.: 22-4765 |
| : | |
| v. : | |
| : | |
| CORRECT CHOICE HOME CARE, LLC : | |
| and : | |
| JOSHUA WALKER : | |
| c/o Correct Choice Home Care, LLC : | |
| : | |
| Defendant. : | |

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR DEFAULT JUDGMENT

Plaintiff, Khaleelah Everett, by and through her undersigned counsel, submits this Memorandum of Law in support of her Motion for Default Judgment.

**I.   Facts**

On January 6, 2023, a copy of the Summons and the Complaint in the above-captioned matter was served via personal service on Defendants Correct Choice Home Care, LLC and Joshua Walker c/o Correct Choice Home Care, LLC at 714 W. Porter Street, Philadelphia, PA 19148. *See* proof of service attached hereto as Exhibit "A." Defendants Correct Choice Home Care, LLC and Joshua Walker c/o Correct Choice Home Care, LLC have not answered or otherwise appeared in the above-captioned action, nor has any representative contacted this office to request an extension of time to answer or otherwise appear. Upon information and belief, Defendant Joshua Walker c/o Correct Choice Home Care, LLC., is not an infant or incompetent person.

On February 6, 2023, Plaintiff filed a request for Default against Defendants. ECF No. 7. On February 7, 2023, entry of Default was entered by the Clerk. ECF No. 8. On February 23, 2023,

the Court's entry of Default was mailed to Defendants. *See* Letter to Defendants attached hereto as "Exhibit B."

## II. Legal Argument

Pursuant to F.R.C.P. 55, a party is entitled to judgment by default where "a party against who a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise…" Here, although Plaintiff has provided Defendants with multiple avenues and ample time to respond, Defendants have so far declined to file an Answer to Plaintiff's Complaint. *See* Docket Entry No. 1-2; *see also* Exhibits A, B, C and D.

In addition, pursuant to F.R.C.P. 55(b)(2), "the party entitled to a judgment by default shall apply to the Court therefore." Plaintiff's instant application has been properly made, in accordance with the rules. As such, Plaintiff has complied with the Federal Rules of Civil Procedure, and respectfully requests that this Honorable Court enter a default judgment in favor of Plaintiff and against Defendants.

Rule 55(b)(2) also indicates that the "court may conduct hearings or make referrals" when it needs to "determine the amount of damages." F.R.C.P. Rule 55(b)(2). In this matter the Plaintiff's damages cannot be made certain by computation of the clerk; therefore, Plaintiff respectfully requests that this Honorable Court enter an Order setting an appropriate damages hearing.

## III. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant her Motion for a Default Judgment and set a date, time and location for an appropriate damages hearing.

        Respectfully submitted,

        **KARPF, KARPF & CERUTTI, P.C.**

        */s/ Andrew R. Olcese*
        Andrew R. Olcese, Esquire
        3331 Street Road
        Two Greenwood Square
        Suite 128
        Bensalem, PA 19020
        (215) 639-0801
        *Attorneys for Plaintiff*

Date:  March 1, 2023

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALEELAH EVERETT : | |
| : | CIVIL ACTION |
| Plaintiff, : | DOCKET NO.: 22-4765 |
| : | |
| v. : | |
| : | |
| CORRECT CHOICE HOME CARE, LLC : | |
| and : | |
| JOSHUA WALKER : | |
| c/o Correct Choice Home Care, LLC : | |
| : | |
| Defendant. : | |
| : | |

## CERTIFICATE OF SERVICE

I certify that on the date set forth below I served the following Defendants with Plaintiff's Request for Default Judgment via first-class mail, postage prepaid:

Correct Choice Home Care, LLC
714 W. Porter Street
Philadelphia, PA 19148

And

Joshua Walker c/o Correct Choice Home Care, LLC
714 W. Porter Street
Philadelphia, PA 19148

*/s/ Andrew R. Olcese*
Andrew R. Olcese, Esq.

Dated: March 1, 2023